# LAW OFFICE OF BERNARD V. KLEINMAN, PLLC
## ATTORNEY - AT - LAW

108 VILLAGE SQUARE, SUITE 313
SOMERS, NY 10589-2305

TEL: (914) 644-6660    E-MAIL: ATTRNYLWYR@YAHOO.COM    FAX: (914) 694-1647

July 24, 2023

Hon. John Cronan
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Zhang*, 23-cr-00366

Your Honor:

I am counsel of record for the above-referenced Defendant.

My client appeared before Your Honor on August 20, 2023, and entered a plea of Guilty in full satisfaction of all charges.

By this letter I am requesting that Mr. Zhang, who is out on bail, be permitted to travel to Maine from August 4th through August 6th, for a holiday with his daughter.

I have been in touch with his Pre-Trial Services Officer, Jazzlyn Harris, and she has informed me that she has no objection to this request. Further, during my client's Plea proceeding, the Government stated that they had no objection, as long as Pre-Trial Services did not object.

Your prompt attention to this request is greatly appreciated as, if granted, he needs to make necessary arrangement as soon as possible.

Respectfully submitted,

/s/ *Bernard V. Kleinman*
Bernard V. Kleinman, Esq.
Attorney for Defendant ZHANG

---

Defendant's unopposed request to travel to Maine from August 4 through August 6, 2023 is granted. The conditions of Defendant's bail are modified to permit him to travel to the District of Maine from August 4, 2023 through August 6, 2023 with the permission of Pre-Trial Services and provided that he provides Pre-Trial Services with a copy of his travel itinerary.

SO ORDERED.

July 24, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge